UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CORREA; ALMA LOPEZ CORREA,<br><br>           Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A.; FEDERAL HOME LOAN MORTGAGE CORPORATION; FREDDIE MAC, AND DOES 1 through 28, inclusive,<br><br>           Defendants. | Case No. EDCV 09-1511-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Defendant Federal Home Loan Mortgage Corporation is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:     September 12, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge