1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   PEDRO CORREA; ALMA LOPEZ )     Case No. EDCV 09-1511-VAP
     CORREA,                   )     (OPx)
12                             )
                     Plaintiff, )    **AMENDED JUDGMENT**
13                             )
            v.                 )
14                             )
     BANK OF AMERICA, N.A.;    )
15   FEDERAL HOME LOAN         )
     MORTGAGE CORPORATION;     )
16   FREDDIE MAC, AND DOES 1   )
     through 28, inclusive,    )
17                             )
                     Defendants. )
18   _____

19

20   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

21        Pursuant to the Order filed herewith, IT IS ORDERED

22   AND ADJUDGED that Plaintiff's Complaint is DISMISSED

23   WITHOUT PREJUDICE as to Defendants FEDERAL HOME LOAN

24   MORTGAGE CORPORATION and FREDDY MAC.  The Court orders

25   that such judgment be entered.

26

27
     Dated:  January 23, 2010        _____
28                                        VIRGINIA A. PHILLIPS
                                     United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28